1  McGREGOR W. SCOTT
   United States Attorney
2  CHARLES J. HEBNER
   Special Assistant U.S. Attorney
3  PROSECUTION UNIT
   1 S. Rosamond Blvd.
4  Edwards, California 93523
   Telephone (661) 277-8120
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   CASE No. 5: 04-MJ-2068 TAG
                                    )
11         Plaintiff,               )   MOTION AND ORDER FOR
                                    )   DISMISSAL OF INFORMATION
12 v.                               )
                                    )
13 KELLIE R. BUTLER,                )
           Defendant.               )
14                                  )
                                    )
15                                  )

16
   The United States Attorney's Office, pursuant to Rule 48(a) of the
17
   Federal Rules of Criminal Procedure, dismissal by the Government,
18
   hereby moves to dismiss the Information against Kellie R. Butler,
19
   without prejudice, in the interest of justice.
20

21
                                        Respectfully submitted,
22
                                        McGREGOR W. SCOTT
23                                      United States Attorney

24
   DATED:  APR 2 5 2005
25                              By      _____
                                        CHARLES J. HEBNER
26                                      Special Assistant U.S. Attorney

27

28

## ORDER

1  IT IS HEREBY ORDERED that the information against Kellie R.
2  Butler, Case No. **5: 04-MJ-2068 TAG**, be dismissed, without
3  prejudice, in the interest of justice.
4
5  DATED: 4/25/2005          *[signature]*
6                            Theresa A. Goldner
                             United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28