B05-0159

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| CAE | Butler, Kellie R. | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 5:04-002068-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Butler | Petty Offense | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 13-9999.P -- FEDERAL STATUTES, OTHER

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
White, Cynthia L.
~~1431 Rosamond Blvd.~~ 1858 Rosamond Blvd.
~~Suite 18~~
Rosamond CA 93560

Telephone Number: (661) 256-1166

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**
- [X] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
~~02/08/2005~~ 2/22/2005
Date of Order — Nunc Pro Tunc Date 2/5/2005

Repayment or partial repayment ordered from the person represented for this service at time of appointment. [ ] YES [X] NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | 1.3 | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | 1.0 | | | | |
| | (Rate per hour = $ 90.00) TOTALS: | 2.3 | 207.00 | | | |
| 16. | a. Interviews and Conferences | 1.1 | | | | |
| Out of Court | b. Obtaining and reviewing records | .4 | | | | |
| | c. Legal research and brief writing | 1.3 | | | | |
| | d. Travel time | 8.6 | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00) TOTALS: | 11.4 | 1026.00 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | 168.89 | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 1401.89 | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM 2/8/05 TO 5/26/05 | | CA |

**22. CLAIM STATUS** [X] Final Payment  [ ] Interim Payment Number ___  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [X] NO If yes, were you paid? [ ] YES [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? [ ] YES [X] NO If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: *Cynthia White*    Date: 8-29-05

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| $207.00 | $1,026.00 | $168.89 | | $1,401.89 |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| *Theresa Goldner* | 9/7/2005 | 72BJ |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

FEB 24 2005   SEP 01 2005

Case Name U.S. v. Kellie Butler
Case Number MG-F-04-2068

Page 1 of 1

In-Court Worksheet

| Date | Brief Description of Service | Arraignment and/or plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Other Pretrial |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/2005 | EAFB Court Appearance | 0.3 | | | | | | | |
| 3/8/2005 | EAFB Court Appearance | 1.0 | | | | | | | |
| 4/12/2005 | EAFB Court Appearance | | | | | | | | 1.0 |
| | Page Total | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| | Grand Total | | | | 2.3 | | | | |



Case Name U.S. v. Kellie Butler
Case Number MG-F-04-2068

Page 1 of 1

Out-of-Court Worksheet

| Date | Brief Description of Service | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|---|---|---|---|---|---|---|
| 2/8/2005 | Travel time to and from court | | | | 1.1 | |
| 2/14/2005 | Review discovery | | 0.4 | | | |
| 2/22/2005 | Call w/client regarding case and offer from prosecutor | 0.3 | | | | |
| 2/22/2005 | Call to Opposing counsel - left message | 0.1 | | | | |
| 3/8/2005 | Travel time to and from court | | | | 1.2 | |
| 4/6/2005 | (2) Call w/Opposing Counsel regarding plea offer | 0.5 | | | | |
| 4/6/2005 | Call with client regarding conversation w/Opposing Counsel | 0.2 | | | | |
| 4/12/2005 | Travel time to and from court | | | | 1.1 | |
| 4/20/2005 | Reasearch at Bakersfield law library for Motion | | | 1.3 | | |
| 4/20/2005 | Travel time to and from law library | | | | 2.5 | |
| 5/6/2005 | Travel time to and from law library to return research material | | | | 2.7 | |
| | Page Total | 1.1 | 0.4 | 1.3 | 8.6 | 0.0 |
| | Grand Total | | 11.4 | | | |

Case Name U.S. v. Kellie Butler
Case Number MG-F-04-2068

Expense Worksheet

Page 1 of 1

| Date | Brief Description of Service | Miles | Rate | Amount | Parking | Copies | Postage | Phone Fax | Other |
|---|---|---|---|---|---|---|---|---|---|
| 2/8/05 | Mileage round trip to court | 32 | 0.405 | $12.96 | | | | | |
| 3/8/05 | Mileage round trip to court | 32 | 0.405 | $12.96 | | | | | |
| 4/12/05 | Mileage round trip to court | 38 | 0.405 | $15.39 | | | | | |
| 4/20/05 | Mileage round trip to law llibrary | 160 | 0.405 | $64.80 | | | | | |
| 5/6/05 | Mileage round trip to law llibrary | 155 | 0.405 | $62.78 | | | | | |
| | Page Total | 417 | | $168.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Grand Total | | | | | | | | |

